**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Magdalena Ester Schwartz,      )<br>                                                  )<br>                  Petitioner,   )<br>                                                  )<br>         v.                                 )<br>                                                  )<br>United States of America,         )<br>                                                  )<br>                  Respondent. )<br>_____) | No. CV10-2128 PHX-DGC (DKD)<br><br>No. CR98-0662 PHX-DGC<br><br>**ORDER** |

Petitioner, Magdalena Ester Schwartz has filed a motion to vacate, set aside or correct sentence, which the Court has construed as a petition for writ of coram nobis. Doc. 1. United States Magistrate Judge David K. Duncan has issued a report and recommendation ("R&R") recommending that the motion be denied. Doc. 7 at 5. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and deny the petition.

**IT IS ORDERED:**

1. The R&R (Doc. 7) is **accepted**.

2. The motion to vacate sentence (Doc. 1) is **denied**.

3. A certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**

4. The Clerk is directed to **terminate** this action.

DATED this 30th day of June, 2011.

_____
David G. Campbell
United States District Judge